Date signed April 26, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| RIDDICK L. BOWE, 1st : | Case No. 05-41735PM |
| : | Chapter 7 |
| Debtor : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -: | |
| LAW OFFICE OF : | |
| HUGO R. HARMATZ, PC : | |
| Plaintiff : | |
| vs. : | Adversary No. 07-0207PM |
| RIDDICK L. BOWE, 1st : | |
| Defendant : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -: | |

### MEMORANDUM TO THE PARTIES
### CONCERNING THIS ADVERSARY PROCEEDING

Before the court is a two-count action originally filed in the Superior Court of New Jersey for Atlantic County. The action was removed by the Debtor to the United States District Court for the District of New Jersey and thereafter transferred to the United States District Court for the District of Maryland. By virtue of Local Rule 402 of the District Court, the action is referred to this court. The Complaint is based upon a claim for services rendered by the Plaintiff in assisting the Debtor to obtain a professional license in New Jersey. It is alleged that the Plaintiff was not told by the Debtor of the pendency of this bankruptcy case when Debtor sought his services.

Piercing the form of this controversy for its substance, it is obvious that what the Plaintiff has is a Chapter 11 administrative expense claim under 11 U.S.C. § 503(b). The validity and

amount of that claim will be determined in this court.  The priority of the claim is subject to the provisions of 11 U.S.C. § 726(b), that is, the claim is junior to administrative expense claims in the administration of this bankruptcy case under Chapter 7.

cc:
Ronald B. Greene, Esq., 9500 Annapolis Road, Suite B5, Lanham, MD 20706
Hugo R. Harmatz, PC, Route 34 & Artisan Way, PO Box 500, Colts Neck, NJ 07722
Jeffrey M. Orenstein, Esq., 15245 Shady Grove Road, Suite 465, Rockville, MD 20850

**End of Memorandum**